The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| YEI A. SUN and LIPING M. SUN, husband and wife; and HAIMING OWEN SUN, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ADVANCED CHINA HEALTHCARE, INC., a Cayman Islands company; and ALICIA KAO, an individual,<br><br>　　　　Defendants. | No.　2:15-cv-01385-JCC<br><br>**DECLARATION OF YEI A. SUN IN OPPOSITION TO ALICIA KAO'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: November 13, 2015 |

I, YEI A. SUN, hereby state and declare as follows:

1. I am one of the Plaintiffs in the above-captioned matter. I am competent to testify and make this declaration based on personal knowledge.

2. I have reviewed the declaration filed by Defendant Alicia Kao in support of her motion to dismiss this case.

3. In late December 2010, Ms. Kao came to Washington to discuss and promote investment in Advanced China Healthcare, Inc. ("ACH"). During Ms. Kao's stay, my wife and I hosted Ms. Kao at our condominium in Bellevue, Washington. At the time that Ms. Kao visited, we—I, my wife Liping M. Sun, and our son Haiming Owen Sun—had not decided whether to invest in ACH.

DECLARATION OF YEI A. SUN - 1
(No. 2:15-cv-01385)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

4. We relied upon representations by Ms. Kao during her visit in making the decision whether to invest in ACH, as well as deciding on the size of that investment.

5. Contrary to Ms. Kao's declaration, we had not "already negotiated" the terms of any investment with ACH at the time of her December 2010 visit. We were, however, told that a healthcare venture fund based in Alabama, Brookline Investments, had already engaged in extensive due diligence of ACH and that, as a result, Brookline was investing in ACH.

6. We did not communicate our decision regarding investment in ACH until on or about January 4, 2011.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 9th day of November, 2015 at _Hong Kong_.

_____
Yei A. Sun

DECLARATION OF YEI A. SUN - 2
(No. 2:15-cv-01385)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 9th day of November, 2015.

*Ashlee Hooten*
Ashlee Hooten

CERTIFICATE OF SERVICE
(No. 2:15-cv-01385-JCC)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500